## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

3:16-CV-6-J-32JRK

| United States District Court | District Middle District of Florida (Jacksonville) |
|---|---|
| Name (under which you were convicted): Shelton Thomas Bell | Docket or Case No.: Docket No: 3:13-cr-00141-TJC-JRK Case No: 13-CF-1129 |
| Place of Confinement: FCI Jesup 2680 US Highway 301 South Jesup GA 31599 (Being Transferred) | Prisoner No.: 59032-018 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |

v. Shelton Thomas Bell

FILED 2016 JAN -5 PM 1:08

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   Circuit Court of the Fourth Judicial Circuit, Duval County, Jacksonville, Florida
   United States Federal Court House - U.S. District Court - Middle District of Florida
   300 North Hogan Street, Room 9-150
   Jacksonville FL 32202-4204

   (b) Criminal docket or case number (if you know): 3:13-cr-00141-TJC-JRK-1

2. (a) Date of the judgment of conviction (if you know): Jan 20, 2015 (1/20/15)

   (b) Date of sentencing: Jan 14, 2015 (1/14/15)

3. Length of sentence: 180 months count 1, 60 months count 2 ran consecutively for a total of 240 months

4. Nature of crime (all counts):
   Count One: 18 U.S.C. § 2339A - Conspiracy to Provide Material Support to Terrorists
   Count Two: 18 U.S.C. § 2339A - Attempt to Provide Material Support to Terrorists

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☑   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? N/A

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐
   N/A

Page 3

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☐     No ☑
8. Did you appeal from the judgment of conviction?     Yes ☐     No ☑
9. If you did appeal, answer the following: N/A
   (a) Name of court: —
   (b) Docket or case number (if you know): —
   (c) Result: —
   (d) Date of result (if you know): —
   (e) Citation to the case (if you know): —
   (f) Grounds raised: —

   (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐     No ☑
       If "Yes," answer the following:
       (1) Docket or case number (if you know): —
       (2) Result: —

       (3) Date of result (if you know): —
       (4) Citation to the case (if you know): —
       (5) Grounds raised: —

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☑
11. If your answer to Question 10 was "Yes," give the following information: N/A
    (a) (1) Name of court: —
        (2) Docket or case number (if you know): —
        (3) Date of filing (if you know): —

(4) Nature of the proceeding: —

(5) Grounds raised: —

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?     Yes ☐     No ☑

(7) Result: —

(8) Date of result (if you know): —

(b) If you filed any second motion, petition, or application, give the same information: —

    (1) Name of court: —

    (2) Docket or case number (if you know): —

    (3) Date of filing (if you know): —

    (4) Nature of the proceeding: —

    (5) Grounds raised: —

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?     Yes ☐     No ☑

    (7) Result: —

    (8) Date of result (if you know): —

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:     Yes ☐     No ☑

    (2) Second petition:     Yes ☐     No ☑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: —

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Ineffective assistance of counsel.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Through the course of my pretrial proceedings my counsel coerced me to avoid cooperation with the government, and never informed me that I could receive a a downward departure for cooperating. I was coerced to plea guilty based on my counsels claim that I would receive a life sentence if I lost trial. I was never told I could plea nolo contendere, nor was I shown my sentencing memorandum prepared by my counsel. Instead, I had arguments I wanted to present ignored and never had a chance to properly review my sentencing memorandum for mistakes. I was also coerced to believe that my family character witnesses would only harm the out come of my sentence, and my counsel never showed me letters my family wrote to the judge on my behalf. They were never admitted, against what I wanted.

(b) **Direct Appeal of Ground One:** N/A
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐ No ☑
  (2) If you did not raise this issue in your direct appeal, explain why: —

(c) **Post-Conviction Proceedings:** N/A
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐ No ☑
  (2) If your answer to Question (c)(1) is "Yes," state: —
  Type of motion or petition: —
  Name and location of the court where the motion or petition was filed: —

Docket or case number (if you know): —

Date of the court's decision: —

Result (attach a copy of the court's opinion or order, if available): —


(3) Did you receive a hearing on your motion, petition, or application?

　　Yes ☐　　No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

　　Yes ☐　　No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

　　Yes ☐　　No ☑

(6) If your answer to Question (c)(4) is "Yes," state: —

Name and location of the court where the appeal was filed: —


Docket or case number (if you know): —

Date of the court's decision: —

Result (attach a copy of the court's opinion or order, if available): —


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: —


**GROUND TWO:** Unwarrented Sentencing Disparity

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

My codefendant was charged as a juvenile, had no prior convictions, wasn't involved in all the overt acts, and received a downward departure for cooperation, but the government was biased towards me since the start of the indictment. My codefendant was put on house arrest during the entire pretrial proceeding and was approached by federal agents several times while I remained incarcerated and received no such opportunity to cooperate. It could even be said that the inclination to help my codefendant began before the indictment. It should be taken into account that I spoke at length with federal agents after returning from overseas. Paraphrasing the courts own words, the governments most compelling evidence was all self incriminating. My codefendant was the one who pushed me towards radical beliefs which lead me to believe in radical ideologies of which people like Al-Awlaki preached. My codefendant was adamant about traveling with me and presented an elaborate plan to accomodate his travel. He knew how to get there, where to go, and the problems we may face during the travel. After being turned away from Israel he suggested we continue on to Jordan and facilitated the travel with his aunt. He took the commanding role in Jordan; sought assistance from Arabic speaking locals, facilitated our travel to the boarder of Syria with others who spoke no english. After turning around from the Syrian boarder he suggested we continue with the original plan of going to Yemen by purchasing tickets to Oman. According to his own words just weeks before sentencing when asked if he could do it all again and successfully reach the battlefield, he would. He expressed an adamant desire to become a martyr, and he never renounced his radical beliefs. In the courts own words his response when questioned about his statement was insufficient and lacking conviction. Compare our relative age, the incomplete nature of the crime, my acceptance of responsibility, willingness to cooperate with the government, my renouncement of deviate and extreme ideologies. The fact that the video evidence was no more than a teenage mistake, and the fact that its easy to look tough in front of a camera just as reknown actors like Brad Pitt

(continued on Page 7)

Page 7

and Bruce Willis do. Even during the trip I clearly stated I wanted to stay in Jordan, get a job, go to school and get married. The claim that this was all in furtherance for a larger plan of jihad are not well founded. At the time I still believed in such ideologies but physically fighting no longer had such an appeal. I became content in Jordan living civilian life amongst muslims. Three and a half years probation does not compare to 20 years in prison followed by a lifetime of supervised release given the few warrented disparities.

(b) **Direct Appeal of Ground Two:** N/A

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐  No ☑

    (2) If you did not raise this issue in your direct appeal, explain why: —

(c) **Post-Conviction Proceedings:** N/A

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐  No ☑

    (2) If your answer to Question (c)(1) is "Yes," state: —

    Type of motion or petition: —

    Name and location of the court where the motion or petition was filed: —

    Docket or case number (if you know): —

    Date of the court's decision: —

    Result (attach a copy of the court's opinion or order, if available): —

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐  No ☑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐  No ☑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐  No ☑

    (6) If your answer to Question (c)(4) is "Yes," state: —

    Name and location of the court where the appeal was filed: —

    Docket or case number (if you know): —

    Date of the court's decision: —

    Result (attach a copy of the court's opinion or order, if available): —

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: —

**GROUND THREE:** Ex Post Facto

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Ansar al-Sharia was designated as a Foreign Terrorist Organization (FTO) on Oct 4, 2012, long after the conspiracy to join them began, and after my codefendant and I had left the country. I had no knowledge nor any possible way of knowing that Ansar al-Sharia was designated as an FTO before I left the country, nor did I know or have any possible way of knowing that I would be held criminally responsable for trying to join them. I was convinced by my virtual role model Awlaki that the groups objective was to establish Sharia in Yemens Southern province and not that we would do anything illegal directed towards or in the United States.

(b) **Direct Appeal of Ground Three:** N/A

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏  No ☑

    (2) If you did not raise this issue in your direct appeal, explain why: —

(c) **Post-Conviction Proceedings:** N/A

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❏  No ☑

    (2) If your answer to Question (c)(1) is "Yes," state: —

Type of motion or petition: —

Name and location of the court where the motion or petition was filed: —

Docket or case number (if you know): —

Date of the court's decision: —

Result (attach a copy of the court's opinion or order, if available): —

(3) Did you receive a hearing on your motion, petition, or application?
  Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
  Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
  Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state: —

Name and location of the court where the appeal was filed: —

Docket or case number (if you know): —

Date of the court's decision: —

Result (attach a copy of the court's opinion or order, if available): —

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: —

**GROUND FOUR:** Count 1 and 2 of the indictment (18 U.S.C. § 2339A) are Multiplicitous

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Charging a defendant with a single offense multiple times is a violation of the Double Jeopardy Clause of the Fifth Amendment. One of the charges was sufficient to prosecute me because they stemed from the same conduct/actions (See U.S. v. Padilla 11th Cir Aug 18, 06). Furthermore under 18 U.S.C. § 3584 Title 18 Crimes And Criminal Proceedure Chapter 227 Sentencing Sub chapter D Imprisonment Sub part a it states "Imposition of concurrent or consecutive terms. If multiple terms of imprisonment are imposed on a defendant at the same time, or if a term of imprisonment, the term may run concurrently or consecutively, except that the terms may not run consecutively for an attempt and for another offense that was the sole objective of the attempt...". 18 USC 2339A Conspiracy to provide material support to a FTO, the first count of my indictment was the sole objective of count two 18 USC 2339A Attempt to provide material support to an FTO. Thus the court erred when it imposed a consecutive sentence of 180 months for count 1 and 60 months for count 2 for a total of 240 months. The court should have ran the sentences concurrent for a total of 180 months based on 18 USC § 3584.

(b) **Direct Appeal of Ground Four:** N/A

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐  No ☑

    (2) If you did not raise this issue in your direct appeal, explain why: —

(c) **Post-Conviction Proceedings:** N/A

    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐  No ☑

    (2) If your answer to Question (c)(1) is "Yes," state: —

Type of motion or petition: —

Name and location of the court where the motion or petition was filed: —

Docket or case number (if you know): —

Date of the court's decision: —

Result (attach a copy of the court's opinion or order, if available): —

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐  No ☑

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐  No ☑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
        Yes ☐  No ☑

    (6) If your answer to Question (c)(4) is "Yes," state: —

Name and location of the court where the appeal was filed: —

Docket or case number (if you know): —

Date of the court's decision: —

Result (attach a copy of the court's opinion or order, if available): —

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ~

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: N/A

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐   No ☑

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ~

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: Lisa Call Florida Bar No: 0896144
    200 West Forsyth Street Suite 1240
    Jacksonville FL, 32202

    (b) At arraignment and plea: (See (a))

    (c) At trial: —

    (d) At sentencing: (See (a))

(e) On appeal: —

(f) In any post-conviction proceeding: —

(g) On appeal from any ruling against you in a post-conviction proceeding: —

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☑ No ☐
17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐ No ☑
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

    (b) Give the date the other sentence was imposed: —
    (c) Give the length of the other sentence: —
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ☐ No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
    (1) the date on which the judgment of conviction became final;
    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on  Dec 15, 2015  (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.